UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| FREDDIE BROWN, #37547 | PETITIONER |
| v. | CIVIL NO. 1:13-cv-214-HSO-RHW |
| TIMOTHY OUTLAW, *Warden* | RESPONDENT |

### FINAL JUDGMENT

This matter is before the Court on the Report and Recommendations [17] of United States Magistrate Judge Robert H. Walker, entered in this cause on November 5, 2013. By separate Order entered this date, the Court adopted said Report and Recommendations as the finding of this Court, granted the Motion [14] to Dismiss of Respondent Timothy Outlaw, denied Petitioner Freddie Brown's 28 U.S.C. § 2254 Petition [1] for Writ of Habeas Corpus, and dismissed this case with prejudice. Accordingly,

**IT IS, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 31st day of January, 2014.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE