**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**FREDDIE BROWN, #37547**                                    **PETITIONER**

v.                                                          CIVIL NO. 1:13-cv-214-HSO-RHW

**TIMOTHY OUTLAW,** *Warden*                                **RESPONDENT**

## CERTIFICATE OF APPEALABILITY

A final order adverse to Petitioner Freddie Brown having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2254, the Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases for the United States District Courts, hereby finds that:

A Certificate of Appealability should not issue.  Petitioner has failed to make a substantial showing of the denial of a constitutional right.

Date: January 31, 2014                     *s/ Halil Suleyman Ozerden*
                                           HALIL SULEYMAN OZERDEN
                                           UNITED STATES DISTRICT JUDGE